GRAYLING M. WILLIAMS, ESQ. (SBN 135709)
2189 East Main Street
Stockton, CA 95205
Telephone:  (209) 467-7074
Facsimile:  (209) 467-7073

Attorney for Plaintiff, DWAINE BAKER

TIMOTHY P. MURPHY, ESQ. (SBN120920)
DOLORES M. DONOHOE, ESQ (SBN111464)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523
Telephone:     (925) 827-3300
Facsimile:      (925) 827-3320

Attorneys for Defendant
BRUCE HARTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE BAKER,<br><br>   Plaintiff,<br><br> vs.<br><br>MADELINE KRONENBURG, et al.<br><br>   Defendants. | Case No.:   2:10-cv-03239-MCE-DAD<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

   Plaintiff DWAINE BAKER and defendant, BRUCE HARTER, by and through their

counsel, hereby stipulate and agree that plaintiff file a Second Amended Complaint naming

WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT as the sole defendant and dropping

from the Second Amended Complaint all other defendants.  Additional changes are set forth in

the proposed Second Amended Complaint, attached hereto.  Defendant has no objections to these

changes.

1    DATED:                          GRAYLING M. WILLIAMS

2

3                                    /s/
                                     _____
4                                    GRAYLING M. WILLIAMS, ESQ.

5

6    DATED:                          EDRINGTON, SCHIRMER & MURPHY

7

8                                    /s/
                                     _____
                                     TIMOTHY P. MURPHY, ESQ.

9

10                            **ORDER**

11          Good cause appearing, it is hereby ordered that plaintiff may file the attached Second

12   Amended Complaint.

13   Dated:  May 13, 2011

14

15

16                                   _____
                                     MORRISON C. ENGLAND, JR
17                                   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28