# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE BAKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>MADELINE KRONENBERG *et al.*,<br><br>    Defendants. | Case No.: C-11-02529-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER FOLLOWING REASSIGNMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | was November 30, 2011 |
| DISCOVERY CUTOFF: | Completed |
| DISPOSITIVE MOTIONS[1] to be filed by: | Tuesday, April 10, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Tuesday, May 15, 2012 |
| PRETRIAL CONFERENCE: | Tuesday, May 29, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, June 4, 2012 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | One week. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4  If the parties are interested in a trial date in the Fall of 2012, the Court encourages them to
5  consent to the jurisdiction of a magistrate judge who can guarantee a Fall 2012 trial date. The Court
6  will accept requests for assignment to a specific magistrate judge or magistrate judges.[2]

8  **IT IS SO ORDERED.**
9  Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Profiles can be found at http://cand.uscourts.gov/judges.