UNITED STATES DISTRICT COURT

Northern District of California

DWAYNE BAKER,

                Plaintiff,

  v.

MADELINE KRONENBERG, et al.,

                Defendants.
_____/

No. C11-2529 MEJ

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

      Any dispositive motions in this case shall be filed by June 14, 2012, in compliance with Civil Local Rule 7. The parties shall file a joint statement of undisputed facts pursuant to Civil Local Rule 56-2(b) when filing a motion for summary judgment.

      **IT IS SO ORDERED.**

Dated: April 13, 2012

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge