1 | Grayling M. Williams, SBN 135709
Attorney At Law
2 | 2189 E. Main St.
Stockton, CA 95205
3 | (209) 467-7074 Ph/ 467-7073 Fx
grayling@sbcglobal.net
4 |
5 | Attorney for DWAINE BAKER

**GRANTED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE BAKER, | Case # 3:11-cv-02529-MEJ |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| MADELINE KRONENBERG, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 20, 2012

_____
Grayling M. Williams
Attorneys for Plaintiff DWAINE BAKER