# UNITED STATES DISTRICT COURT

## Northern District of California

DWAYNE BAKER,

        Plaintiff,

  v.

MADELINE KRONENBERG, et al.,

        Defendants.

_____/

No. C11-2529 MEJ

**ORDER RE-OPENING CASE**

On April 24, 2012, Plaintiff Dwaine Baker filed a Notice of Voluntary Dismissal, in response to which the Court terminated this case. Dkt. Nos. 51, 52. However, Defendant West Contra Costa Unified School District has now filed an objection to Plaintiff's voluntary dismissal on the grounds that Defendant did not stipulate to the dismissal. Good cause appearing, the Court hereby STRIKES its order dismissing the case without prejudice and RE-OPENS this case. The parties shall file a joint status report by May 3, 2012.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge