UNITED STATES DISTRICT COURT

Northern District of California

DWAYNE BAKER,

          Plaintiff,

  v.

MADELINE KRONENBERG, et al.,

          Defendants.
_____/

No. C11-2529 MEJ

**ORDER SETTING DISPOSITIVE MOTION DEADLINE**

The Court is in receipt of Defendant West Contra Costa Unified School District's status report. Dkt. No. 56. Good cause appearing, the Court hereby ORDERS the parties to file any dispositive motions by July 26, 2012, in compliance with Civil Local Rule 7. The trial schedule shall be established, if necessary, upon resolution of any motion(s).

**IT IS SO ORDERED.**

Dated: May 7, 2012

                                                        _____
                                                        Maria-Elena James
                                                        Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California