TIMOTHY P. MURPHY, ESQ. (SBN120920)
DOLORES M. DONOHOE, ESQ (SBN111432)
FURAH Z. FARUQUI, ESQ. (SBN 233083)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAINE BAKER,<br><br>       Plaintiff,<br><br>vs.<br><br>MADELINE KRONENBURG, et al.<br><br>       Defendants. | Case No.: 3:11-cv-02529-MEJ<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND ORDER** |

WHEREAS all parties to this action, namely, Plaintiff DWAINE BAKER and Defendant WEST CONTRA COSTA UNIFED SCHOOL DISTRICT (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Release of all Claims" ("the Settlement Agreement"), to fully and finally resolve all matters relating to this action without trial;

WHEREAS the Settlement Agreement covers all the claims in this action;

WHEREAS the Settling Parties agree to pay their own attorney fees and costs;

---

1
STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND ORDER

WHEREAS there are no further issues for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

    1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

    2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

SO STIPULATED.

DATED: 6-27-12

GRAYLING M. WILLIAMS, ESQ.
Attorney for Plaintiff
DWAINE BAKER

DATED: 6/28/12

EDRINGTON, SCHIRMER & MURPHY

DOLORES M. DONOHOE
Attorney for Defendant
WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT

**PURSUANT TO STIPULATION, IT IS SO ORDRED.**

DATED: July 2, 2012

_____
UNITED STATES DISTRICT MAGISTRATE
MARIA-ELENA JAMES